FILED
NOV 16 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:07cr294-MEF |
| | ) [18 USC 641 & 2] |
| MELISSA LYNN CHESSER and | ) |
| JAMES LAMAR WALLER | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

Beginning on or about April 10, 2005, and continuing up to on or about November 2, 2007, in Butler County, within the Middle District of Alabama, and elsewhere, the defendants,

MELISSA LYNN CHESSER and
JAMES LAMAR WALLER,

while aiding and abetting one another, willfully and knowingly did embezzle, steal, purloin, and convert to their own use and the use of others, money and things of value of the United States and United States Postal Service, a department and agency thereof, including United States Postal Service Voyager credit cards bearing account number xxxxx9403 with ID numbers xx0001, xx00002, and xx0003, aggregating more than $1,000, in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney