IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.    2:07cr294-MEF |
| | ) | |
| JAMES LAMAR WALLER | ) | |

## MOTION TO WITHDRAW MOTION FOR DETENTION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to withdraw the Government's Motion for Detention (Doc. #7) filed on November 21, 2007, and as grounds states as follows:

1.  This case is presently set for a detention hearing on November 27, 2007, at 10:00 a.m. before the Honorable Charles S. Coody.

2.  The government has been provided additional information that negates its reasons for detention.

Respectfully submitted on this 26th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        CR. NO.  2:07cr294-MEF
                                  )
JAMES LAMAR WALLER                )

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Ben E. Bruner, Esq.

                            Respectfully submitted,

                            /s/Tommie Brown Hardwick
                            TOMMIE BROWN HARDWICK
                            131 Clayton Street
                            Montgomery, AL 36104
                            Phone: (334)223-7280
                            Fax: (334)223-7135
                            E-mail: tommie.hardwick@usdoj.gov

2