IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 2:07 CR 294 -MEF |
| | ) |
| JAMES LAMAR WALLER | ) |

RECEIVED
2007 NOV 27 P 3: 42

## NOTICE OF APPEARANCE

COMES NOW, Ben Bruner, and notices his appearance as appointed counsel for the above-named defendant in this Cause.

Respectfully submitted,

Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463
(334) 263 4766
wreglelaw@Aol.com

## CERTIFICATE OF SERVICE

The undersigned Ben Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U.S. Post Office Depository in Montgomery, Alabama or served by electronic means as prescribed by this Court on the 26th day of November, 2007.

Ben Bruner