IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:07 CR 294 -MEF |
| ) | |
| JAMES LAMAR WALLER ) | |

RECEIVED

2007 NOV 27 P 3: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the defendant, by and through counsel and moves this Honorable Court to modify the conditions of release to allow him to be released to stay with his Grandmother until such time as bed space becomes available in the designated halfway house. As grounds therefor the defendant states the following:

1. The defendant was ordered released on bond but as the defendant was without a proper residence and in need of drug treatment, the court ordered that he remain in the jail until bed space became available in the halfway house.

2. The probation office earlier today called with news that the defendant's grandmother had agreed that the defendant could reside with her until space was available in the halfway house.

WHEREFORE, the defendant moves this Honorable Court to modify its conditions of release to allow the defendant to reside at his grandmother's house

instead of being incarcerated until bed space became available.

Respectfully submitted,

_____
Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama 36104
(334) 323 4463
(334) 263 4766
wreglelaw@Aol.com

## CERTIFICATE OF SERVICE

The undersigned Ben Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U.S. Post Office Depository in Montgomery, Alabama or served by electronic means as prescribed by this Court on the 26th day of November, 2007.

_____
Ben Bruner