IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL NO. 2:07cr294-MEF |
| ) | |
| JAMES LAMAR WALLER ) | |

**ORDER**

Upon consideration of the motion to modify conditions of release (doc. # 23) filed by the defendant, it is

ORDERED that oral argument be and is hereby set on December 4, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 3rd day of December, 2007.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE