UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 2:07cr294-MEF |
| | ) | |
| JAMES LAMAR WALLER | ) | |

**ORDER TO MODIFY CONDITIONS OF RELEASE**

For good cause, it is

ORDERED that the terms of release imposed on November 27, 2007, be and are hereby MODIFIED as follows:

1. The condition ordering that the defendant reside at Bannum Place of Montgomery is deleted.

2. The defendant shall participate in residential substance abuse treatment at the Chemical Addictions Program and follow the program directions as instructed.

3. After completing the residential program, the defendant reside at a half-way house approved by the probation office.

All other conditions imposed on November 27, 2007 shall remain in full force and effect.

Done this 18th day of December, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE