IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 JAN -3 P 1: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES LAMAR WALLER | ) |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, by and through counsel, and gives his notice of his intent to change his plea from "not guilty" to "guilty".

Respectfully submitted,

*/s/ Ben Bruner*

Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama 36104
(334) 323 4463

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the parties shown below by placing a copy of the same in the U.S. Mail, properly addressed

and postage prepaid.

Done this 3 day of January, 2008.

_____
Ben Bruner


Leura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101