**FILED**
**JAN - 7 2008**
**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CR. NO. 2:07-CR-294-MEF |
| | ) |
| **JAMES LAMAR WALLER** | ) |

## CONSENT

I, **James Lamar Waller**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 7th day of January, 2008.

_____
Defendant

_____
Attorney