IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:07 CR 294 - MEF |
| | ) |
| JAMES LAMAR WALLER | ) |

### MOTION FOR TRANSPORTATION OF CLIENT TO AND FROM COURT AND OTHER COURT ORDERED APPEARANCES

COMES NOW, the defendant by and through counsel and moves this Honorable Court to order the United States Marshalls and/or Pretrial Services to transport the defendant to and from any required appearances. As grounds therefor the defendant states:

1. The defendant was released from custody only with the proviso that he be placed in a halfway house for drug treatment.

2. As such he is still confined and may not leave those facilities at will.

3. Also, he is to be confined to the halfway house in Tallapoosa County which is not convenient to his court proceedings and obligations in Montgomery.

4. The defendant has no means of transport to and from Court or Court ordered responsibilities such as attendance at a pretrial interview in preparation for the preparation of a presentence report.

5. The defendant has no relatives or friends in a position to provide transportation to and from these important court mandated appearances

WHEREFOR, the defendant moves this Honorable Court to order the United States Marshalls and/or pretrial services to provide necessary transportation to and from Montgomery to the defendant for court ordered appearances.

Respectfully submitted,

_____
Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama 36104
(334) 323 4463

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the parties shown below by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid.

Done this ____15____ day of ___January___, 2008.

_____
Ben Bruner

Leura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101