IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr294-MEF |
| ) | |
| MELISSA LYNN CHESSER, ) | |
| JAMES LAMAR WALLER ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Kent B. Brunson, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 26th day of March, 2008.

            LEURA G. CANARY
            UNITED STATES ATTORNEY

            /s/Kent B. Brunson
            KENT B. BRUNSON
            Assistant United States Attorney
            131 Clayton Street
            Montgomery, AL 36104
            Phone: (334) 223-7280
            Fax: (334) 223-7135
            E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr294-MEF |
| | ) |
| MELISSA LYNN CHESSER, | ) |
| JAMES LAMAR WALLER | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esq., and Ben E. Bruner, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: kent.brunson@usdoj.gov